STATE of Minnesota, Appellant,

v.

Duane Nathaniel BARKER,
Respondent.

No. A04–1453.

Supreme Court of Minnesota.

Sept. 29, 2005.

## ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the sentence of 36 months in prison for fifth-degree possession of a controlled substance while possessing a firearm in violation of Minn.Stat. § 152.025, subd. 2(1), 3(a) (2002) and Minn.Stat. § 609.11, subd. 5 (2002) be, and the same is, vacated and the case is remanded to the district court for imposition of the presumptive sentence for violation of section 152.025, subd. 2(1) and 3(a). A written opinion will follow.

IT IS FURTHER ORDERED that the Clerk of Appellate Courts shall immediately enter judgment.

BY THE COURT:

Sam Hanson
Associate Justice